## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00285-DDD-KAS

MICHAEL FINNESY,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

---

The Plaintiff, Michael Finnesy, and the Defendant, State Farm Fire and Casualty Company, stipulate that Plaintiff's claims against Defendant be dismissed with prejudice, each party to pay his or its own costs and attorney's fees.

Respectfully submitted December 13, 2024,

| | |
|---|---|
| **MoGo LLC** | **Gordon Rees Scully Mansukhani, LLP** |
| *s/ Katherine E. Goodrich* | *s/ Katherine K. Kust* |
| Katherine E. Goodrich | Katherine K. Kust |
| Rodney J. Monheit | Marilyn S. Chappell |
| 600 17th St., Suite 2800S | 555 17th St., Suite 3400 |
| Denver, CO 80202 | Denver, Colorado 80202 |
| Phone: (303) 357-1317 | Phone: (303) 534-5160 |
| katie@mogollc.com | kkust@grsm.com |
| rodney@mogollc.com | mchappell@grsm.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |